UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DENISE GAY DECRANE, ET AL., | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
|     *vs.* | ) | 1:15-cv-00365-JMS-DKL |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
|     *Defendant.* | ) | |

## ORDER

Defendant Eli Lilly and Company ("Lilly") filed its Answer to Plaintiffs' Second Amended Complaint and Demand for Jury Trial on July 21, 2015.  [Filing No. 22.]  In its Answer, Lilly states that it "lacks knowledge or information sufficient to form a belief as to the truth or accuracy" of allegations regarding Plaintiffs' respective citizenships, but states that it "has proposed to plaintiffs' counsel that the plaintiffs could provide sworn declarations attesting to their citizenship, and that Lilly will file an amended answer upon receipt of such declarations."  [Filing No. 22 at 2.] Because Lilly has not admitted or denied the allegations regarding Plaintiffs' respective citizenships, the Court cannot determine whether it has diversity jurisdiction over this matter.

The Court is not being hyper-technical:  Counsel has a professional obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669 (7th Cir. 2012), and a federal court always has a responsibility to ensure that it has jurisdiction, *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009).

Accordingly, the Court **ORDERS** the parties to conduct whatever investigation is necessary and file a joint jurisdictional statement by **August 7, 2015**, specifically setting forth the citizenship of each party.  To the extent that Lilly requires declarations from Plaintiffs regarding their citizenships before it will make definitive representations on that issue, Plaintiffs must provide

- 1 -

- 2 -

those declarations in advance of the filing of the joint jurisdictional statement.  If the parties cannot

agree on the contents of a joint statement, competing statements are due by that date.

Date: July 22, 2015

_____

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**